IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER VEGA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **VIVIAN T. MILLER, et al** | : | **NO. 11-7224** |

## ORDER

**AND NOW**, this 27th day of December, 2012, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (Document No. 10) and District Attorney Seth Williams' Motion to Dismiss Plaintiff's Complaint, Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Document No. 17), and the plaintiff's response, it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.