IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER VEGA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **VIVIAN T. MILLER, et al** | : | **NO. 11-7224** |

## ORDER

**AND NOW**, this 8th day of March, 2013, upon consideration of the Plaintiff's Motion for Extension of Time to File a Federal Rules of Civil Procedure Rule 60(b) Motion for Relief from Order (Document No. 20), it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.